No. 93.—EX PARTE VALENTÍN TUFIÑO QUILES, peticionario. —*Habeas corpus.* Jun. 26, 1926. Examinada la solicitud de *habeas corpus* presentada en este caso y la prueba aportada, y apareciendo que en la acusación no sólo no se imputa la comisión de un delito de asesinato en primer grado, sino que ni siquiera se imputa la comisión de un delito de mutilación ya que se omite alegar que el acto se realizó maliciosamente como el estatuto exige, se declara con lugar la solicitud y se ordena la libertad del peticionario siempre que preste una fianza de $3,000.

No. 3916.—ALFREDO CAMPOS, demandante y apelado, *v.* THE GREAT AMERICAN INSURANCE Co., demandada y apelante. —Cobro de póliza. C. D. Ponce. Jun. 26, 1926. Examinados la moción de desestimación presentada en este caso, la oposición a la misma y los documentos acompañados a la una y a la otra, por los motivos consignados en la resolución de junio 22 actual dictada en el caso de *Farinacci* v. *The Niagara Fire Ins. Co.,* (pág. 1068) y visto además lo resuelto en el día de hoy en el caso No. 517, *Alfredo Campos* v. *La Corte de Distrito de Ponce,* sobre *certiorari,* (página 621), se declara no *haber lugar* a la desestimación del recurso.